UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re                                                            Chapter 11

    Flushing Airport Holdings LLC                 Case No.  20-40864-nhl

                     Debtor.
---------------------------------------------------------x

## ORDER EXTENDING EXCLUSIVE PERIODS

Upon the motion of Flushing Airport Holdings LLC (the "Debtor") for an order pursuant to 11 U.S.C. § 1121(d) extending the Debtor's 120 day exclusive period (the "120 Day Exclusive Period") to file a plan of reorganization and the Debtor's 180 day exclusive period (the "180 Day Exclusive Period") to solicit acceptances to a plan of reorganization; and good sufficient notice having been given; and no objections having been filed; and upon the telephonic hearing held before this Court on July 21, 2020 at which Rachel Wolf (U.S. Trustee) and Mark A. Frankel (Counsel to Debtor) appeared; it is

ORDERED, that the 120 Day Exclusive Period is extended through and including **October 8, 2020**; and it is further

ORDERED, that the 180 Day Exclusive Period is extended through and inclduing **December 7, 2020**; and it is further

ORDERED, that this Order is without prejudice to the rights of the Debtor and/or other parties.

**Dated: July 25, 2020**
      **Brooklyn, New York**

                                                  **Nancy Hershey Lord**
                                                  **United States Bankruptcy Judge**